UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
IN ADMIRALTY



CASE NO. 06-21805-CIV-KING

IN THE MATTER OF THE COMPLAINT OF:
TRIPLECHECK, INC. d/b/a SEA-TOW-MIAMI,
as owner of a 2001 33' inflatable Aquascan, for
Exoneration from or Limitation of Liability

    Plaintiff.
_____/

**ORDER GRANTING CLAIMANT'S MOTION TO STAY THE COMPLAINT
FOR EXONERATION FROM OR LIMITATION OF LIABILITY AND
PENDING ADJUDICATION OF THE STATE COURT ACTION**

THIS CAUSE came before the Court upon the Claimant's Motion to Stipulation to Stay the Complaint for Exoneration from or Limitation of Liability Pending Adjudication of the State Court Action, and the Court having reviewed the Record, heard argument of counsel, and being otherwise duly and fully advised of the premises, it is

ORDERED AND ADJUDGED that this action is stayed pending disposition of the Claimant, Juan Daniel Fernandez' state court action, which will proceed subject to this action and the stipulations made in open Court and in support of the Motion. Since this Court may be required to take action on those matters that are not subject to determination by the State court, this matter will remain open. It is

FURTHER ORDERED AND ADJUDGED that the Claimant shall file a Status Report with this Court every four (4) months (starting on January 31, 2007), advising this Court of the status of the State Court proceeding.

DONE AND ORDERED in Chambers at the United States Courthouse, Miami-Dade County, Miami, Florida on this 5 day of October, 2006.

_____
SENIOR JUDGE JAMES LAWRENCE KING
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Allan R. Kelley, Esq.
Joel S. Perwin, Esq.
Raul De La Heria, Esq.
Gonzalo R. Dorta, Esq.